*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Kevin Wrighten
    Debtor(s)

Case No: 22–11064–pmm

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Response to Certification of Default filed by Creditor CU MEMBERS MORTGAGE, A DIVISION OF COLONIAL SAVINGS, F.A. Filed by Kevin Wrighten.

    on: 4/24/24

    at: 01:00 PM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

Date:  3/25/24

For The Court

Timothy B. McGrath
Clerk of Court

78 – 77
Form 167