# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Kevin Wrighten | | CHAPTER 13 |
| | Debtor(s) | |
| Colonial Savings, F.A. | Movant | |
| vs. | | NO. 22-11064 PMM |
| Kevin Wrighten | Debtor(s) | |
| Kenneth E. West | Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this 7th day of May, 2024 at Philadelphia, upon consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge