United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 22-11064-pmm

Kevin Wrighten                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                   Page 1 of 2

Date Rcvd: May 07, 2024                   Form ID: pdf900                       Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kevin Wrighten, 3915 Gideon Road, Brookhaven, PA 19015-1903 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2024                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor CU MEMBERS MORTGAGE  A DIVISION OF COLONIAL SAVINGS, F.A. bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor CU MEMBERS MORTGAGE  A DIVISION OF COLONIAL SAVINGS, F.A. ldoyle@squirelaw.com, cistewart@logs.com;LOGSECF@logs.com |
| MICHAEL JOHN CLARK | on behalf of Creditor CU MEMBERS MORTGAGE  A DIVISION OF COLONIAL SAVINGS, F.A. mclark@squirelaw.com |
| MICHAEL PATRICK FARRINGTON | |

District/off: 0313-2                   User: admin                                    Page 2 of 2
Date Rcvd: May 07, 2024                Form ID: pdf900                          Total Noticed: 1

on behalf of Creditor COLONIAL SAVINGS  F.A. mfarrington@kmllawgroup.com

MICHELLE LEE

on behalf of Debtor Kevin Wrighten bky@dilworthlaw.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Kevin Wrighten | | CHAPTER 13 |
| | Debtor(s) | |
| Colonial Savings, F.A. | | |
| | Movant | |
| vs. | | NO. 22-11064 PMM |
| Kevin Wrighten | | |
| | Debtor(s) | |
| Kenneth E. West | | 11 U.S.C. Section 362 |
| | Trustee | |

**<u>ORDER</u>**

AND NOW, this ___7th___ day of ___May___, 2024 at Philadelphia, upon

consideration of this Stipulation it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the court

retains discretion regarding entry of any further order.

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge