IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 22-11064-pmm |
|---|---|
| KEVIN WRIGHTEN,<br>           Debtor, | Chapter 13 |
| CONSUMER PORTFOLIO SERVICES, INC.,<br>           Movant, | |
| v.<br>KEVIN WRIGHTEN and<br>KENNETH E. WEST, Trustee<br>           Respondents | |

CERTIFICATE OF NO OBJECTION OR RESPONSE
MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DOC. NO. 90)

      The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion for Relief from the Automatic Stay, filed at Doc. No. 90 and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than December 9, 2024.

      It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

                                                          Respectfully submitted,

                                                          By: /s/ Keri P. Ebeck
                                                          Keri P. Ebeck, Esq.
                                                          PA I.D. #  91298
                                                          kebeck@bernsteinlaw.com
                                                          601 Grant Street, 9th Floor
                                                          Pittsburgh, PA 15219
                                                          Phone - (412) 456-8112
                                                          Fax - (412) 456-8135

                                                          *Counsel for Consumer Portfolio Services, Inc.*

Dated: December 10, 2024