# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Kevin Wrighten,                :     Chapter 13
                                       :
                                       :     Case No.   22-11064 (PMM)
                                       :
Debtor.                                :

## O R D E R

**AND NOW**, upon consideration of the Motion for Relief from Stay (doc. # 90, "the Motion");

**AND,** the parties having reported the Motion settled in advance of the hearing;

**AND,** the Court having an entered an Order (doc. # 95) directing the parties to file a stipulation **on or January 13, 2025** and additionally specifying that failure timely to file a stipulation may result in denial of the Motion without further notice or hearing;

**AND,** no stipulation having been filed and no further action having been taken with regard to the Motion;

It is therefore **ORDERED** that:

1) The Motion is **DENIED**; and

2) The entrance of this Order precludes any further action with regard to the Motion.

**Date:  1/27/25**

_____
**PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE**