IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>KEVIN WRIGHTEN,<br>    Debtor,<br><br>CONSUMER PORTFOLIO SERVICES, INC.,<br>    Movant,<br><br>    v.<br>KEVIN WRIGHTEN and<br>KENNETH E. WEST, Trustee<br>    Respondents | Bankruptcy No. 22-11064-pmm<br><br>Chapter 13 |
|---|---|

## CERTIFICATE OF SERVICE

  I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the February 26, 2025, I served copies of the Motion for Relief from the Automatic Stay and Notice of Hearing upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

| Kevin Wrighten<br>3915 Gideon Road<br>Brookhaven, PA 19015 | MICHELLE LEE<br>Dilworth Paxson<br>1500 Market Street<br>Suite3500E<br>Philadelphia, PA 19102 |
|---|---|

Service via Electronic Notification:

| KENNETH E. WEST<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107 | Office of United States Trustee<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 |
|---|---|

          By: /s/ Keri P. Ebeck
          Keri P. Ebeck, Esq.
          PA I.D. # 91298
          kebeck@bernsteinlaw.com
          601 Grant Street, 9th Floor
          Pittsburgh, PA 15219
          Phone (412) 456-8112
          Fax (412) 456-8135