United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                         Case No. 22-11064-pmm

Kevin Wrighten                                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                                Page 1 of 7

Date Rcvd: Mar 04, 2025                    Form ID: pdf900                                    Total Noticed: 118

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin Wrighten, 3915 Gideon Road, Brookhaven, PA 19015-1903 |
| 14701806 | + | CU Members Mortgage, a Division of Colonial, Savings, F.A., c/o Michael Clark, 115 West Avenue, Suite 104, Jenkintown, PA 19046-2031 |
| 14701885 | + | CU Members ortgage, C/O Michael J. Clark, Esq., One Jenkintown Station, Suite 104, 115 West Avenue, Jenkintown, PA 19046-2031 |
| 14686563 | + | Cws/Merrick Bank, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14686566 | + | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14686569 | + | Equiant Financial Svcs, 4343 N Scottsdale Rd, Scottsdale, AZ 85251-3343 |
| 14686570 | + | Fed Loan Serv, Pob 60610, Harrisburg, PA 17106-0610 |
| 14686575 | + | Gregory Allard, Wattson & Allard, P.C., 24 Regency Plaza, Glen Mills, PA 19342-1001 |
| 14689775 | + | Gregory J. Allard, Esquire, 24 Regency Plaza, Glen Mills, PA 19342-1001 |
| 14701529 | + | Innovate Loan Servicing, PO BOX 164818, Fort Worth, TX 76161-4818 |
| 14686591 | + | Southwest Delaware County Municipal Auth, PO Box 2466, Aston, PA 19014-0466 |
| 14686594 | + | Sun East Federal Credit Union, 4500 Pennell Rd., Aston, PA 19014-1862 |
| 14690095 | + | Sun East Federal Credit Union, 24 Regency Plaza, Glen Mills, PA 19342-1001 |
| 14693816 | + | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 790234, St.Louis MO 63179-0234 |
| 14686598 | | US attorney's office - eastern district, 615 Chestnut Street, 12 floor, Philadelphia, PA 19106 |
| 14686600 | + | Watson & Allard, P.C., ATTN: Gregory Allard, Esq., 24 Regency Plaza, Glen Mills, PA 19342-1001 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 05 2025 00:57:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 05 2025 00:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: kebeck@bernsteinlaw.com | Mar 05 2025 00:57:00 | Consumer Portfolio Services, Inc., c/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219, UNITED STATES 15219-4430 |
| cr | + | Email/Text: bncmail@w-legal.com | Mar 05 2025 00:57:00 | SCOLOPAX, LLC, c/o Weinstein & Riley, PS, 1415 Western Avenue, Ste 700, SEATTLE, WA 98101, UNITED STATES 98101-2051 |
| cr | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Mar 05 2025 02:49:09 | Wells Fargo Bank, N.A., Po Box 10438, Des Moines, IA 50306-0438 |
| 14686518 | + | Email/PDF: bncnotices@becket-lee.com | Mar 05 2025 01:52:03 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14686519 | + | Email/PDF: bncnotices@becket-lee.com | | |

District/off: 0313-2                          User: admin                                    Page 2 of 7

Date Rcvd: Mar 04, 2025                        Form ID: pdf900                          Total Noticed: 118

| | | | |
|---|---|---|---|
| | | Mar 05 2025 01:41:32 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14686521 | + Email/Text: bk@avant.com | Mar 05 2025 00:57:00 | Avant/WebBank, 222 N. Lasalle St, Chicago, IL 60601-1003 |
| 14686520 | + Email/Text: bk@avant.com | Mar 05 2025 00:57:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 14690713 | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 05 2025 00:57:00 | Bank of America, N.A., PO Box 15102, Wilmington DE 19886-5102 |
| 14686526 | + Email/Text: bankruptcy@bmgmoney.com | Mar 05 2025 00:57:00 | BMG Money, 444 Brickell Avenue, Suite 250, Miami, FL 33131-2404 |
| 14686527 | + Email/Text: bankruptcy@bmgmoney.com | Mar 05 2025 00:57:00 | BMG Money, 1221 Brickell Ave, Miami, FL 33131-3224 |
| 14686523 | + Email/Text: creditcardbkcorrespondence@bofa.com | Mar 05 2025 00:57:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14686522 | + Email/Text: creditcardbkcorrespondence@bofa.com | Mar 05 2025 00:57:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14690281 | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 05 2025 00:57:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14686524 | + Email/Text: BarclaysBankDelaware@tsico.com | Mar 05 2025 00:57:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14686525 | + Email/Text: BarclaysBankDelaware@tsico.com | Mar 05 2025 00:57:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 14686529 | Email/Text: caineweiner@ebn.phinsolutions.com | Mar 05 2025 00:57:50 | Caine & Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 14696802 | + Email/Text: documentfiling@lciinc.com | Mar 05 2025 00:57:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14686589 | Email/Text: cfcbackoffice@contfinco.com | Mar 05 2025 00:57:00 | Reflex, PO Box 6812, Carol Stream, IL 60197 |
| 14686599 | Email/Text: cfcbackoffice@contfinco.com | Mar 05 2025 00:57:00 | Verve Mastercard, PO Box 6812, Carol Stream, IL 60197 |
| 14686555 | Email/Text: cfcbackoffice@contfinco.com | Mar 05 2025 00:57:00 | Continental Finance Company, 4550 New Linden Hill Road, Wilmington, DE 19808 |
| 14686552 | Email/Text: cfcbackoffice@contfinco.com | Mar 05 2025 00:57:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 3220, Buffalo, NY 14240 |
| 14686553 | Email/Text: cfcbackoffice@contfinco.com | Mar 05 2025 00:57:00 | Continental Finance Company, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 14686554 | Email/Text: cfcbackoffice@contfinco.com | Mar 05 2025 00:57:00 | Continental Finance Company, Pob 8099, Newark, DE 19714 |
| 14703503 | + Email/Text: bankruptcydesk@colonialsavings.com | Mar 05 2025 00:57:00 | CU Members Mortgage, a Division of, Colonial Savings, F.A., c/o Colonial Savings, F.A, 2626B West Freeway, Fort Worth, TX 76102-7109 |
| 14686528 | + Email/Text: caineweiner@ebn.phinsolutions.com | Mar 05 2025 00:57:50 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 14686530 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 05 2025 01:40:52 | Capital Bank N.A., Po Box 8130, Reston, VA 20195-2030 |
| 14686531 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 05 2025 01:51:58 | Capital Bank N.A./OpenSky, One Church Street, Suite 100, Rockville, MD 20850-4158 |
| 14686532 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 05 2025 02:04:45 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14686533 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 05 2025 02:15:17 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14696982 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 05 2025 02:15:30 | Capital One Bank (USA), N.A., PO Box 71083, |

District/off: 0313-2                          User: admin                                      Page 3 of 7
Date Rcvd: Mar 04, 2025                       Form ID: pdf900                           Total Noticed: 118

|  |  |  |  |
|---|---|---|---|
|  |  |  | Charlotte NC 28272-1083 |
| 14696807 | + Email/PDF: ebn_ais@aisinfo.com | Mar 05 2025 01:41:07 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14686535 | + Email/Text: bankruptcy@cavps.com | Mar 05 2025 00:57:00 | Cavalry Portfolio Services, 1 American Lane, Greenwich, CT 06831-2563 |
| 14686534 | + Email/Text: bankruptcy@cavps.com | Mar 05 2025 00:57:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 14687569 | + Email/Text: bankruptcy@cavps.com | Mar 05 2025 00:57:00 | Cavalry SPV I, LLC, PO Box 27288, Tempe AZ 85285-7288 |
| 14687115 | + Email/Text: bankruptcy@cavps.com | Mar 05 2025 00:57:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14686536 | + Email/Text: ngisupport@radiusgs.com | Mar 05 2025 00:57:00 | Central Credit Services, LLC, Attn: Bankruptcy, 9550 Regency Square Blvd, Ste 500 A, Jacksonville, FL 32225-8169 |
| 14686537 | + Email/Text: ngisupport@radiusgs.com | Mar 05 2025 00:57:00 | Central Credit Services, LLC, 9550 Regency Square, Jacksonville, FL 32225-8169 |
| 14686539 | + Email/PDF: ais.chase.ebn@aisinfo.com | Mar 05 2025 01:52:12 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 14686538 | + Email/PDF: ais.chase.ebn@aisinfo.com | Mar 05 2025 01:52:17 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 14689961 | + Email/Text: bankruptcycollections@citadelbanking.com | Mar 05 2025 00:57:00 | Citadel Credit Union, ATTN: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14686540 | + Email/Text: bankruptcycollections@citadelbanking.com | Mar 05 2025 00:57:00 | Citadel FCU, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14686541 | + Email/Text: bankruptcycollections@citadelbanking.com | Mar 05 2025 00:57:00 | Citadel FCU, 520 Eagle View Blvd, Exton, PA 19341-1119 |
| 14686543 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 05 2025 02:25:45 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14686542 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 05 2025 02:26:01 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14686544 | + Email/Text: bankruptcydesk@colonialsavings.com | Mar 05 2025 00:57:00 | Colonial Savings & Loans, Attn Bankruptcy, Po Box 2988, Fort Worth, TX 76113-2988 |
| 14686545 | + Email/Text: bankruptcydesk@colonialsavings.com | Mar 05 2025 00:57:00 | Colonial Savings & Loans, P O Box 2988, Fort Worth, TX 76113-2988 |
| 14686547 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 05 2025 00:57:00 | Comenity Bank/Zales, Po Box 182120, Columbus, OH 43218-2120 |
| 14686546 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 05 2025 00:57:00 | Comenity Bank/Zales, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14686548 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 05 2025 00:57:00 | ComenityCapital, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14686549 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 05 2025 00:57:00 | ComenityCapital, Po Box 182120, Columbus, OH 43218-2120 |
| 14686550 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 05 2025 00:57:00 | Comenitycapital/lenovo, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14686551 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 05 2025 00:57:00 | Comenitycapital/lenovo, Po Box 182120, Columbus, OH 43218-2120 |
| 14686557 | + Email/Text: bankruptcy@credencerm.com | Mar 05 2025 00:57:00 | Credence Resource Management, LLC, 4222 Trinity Mills Suite 260, Dallas, TX 75287-7666 |
| 14686556 | + Email/Text: bankruptcy@credencerm.com | Mar 05 2025 00:57:00 | Credence Resource Management, LLC, Attn: |

District/off: 0313-2                    User: admin                    Page 4 of 7
Date Rcvd: Mar 04, 2025                 Form ID: pdf900                  Total Noticed: 118

|  |  |  |
|---|---|---|
|  |  | Bankruptcy, 4222 Trinity Mills Road Suite 260, Dallas, TX 75287-7666 |
| 14686558 | + Email/Text: bankruptcy_notifications@ccsusa.com |  |
|  |  | Mar 05 2025 00:57:00  Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14686559 | + Email/Text: bankruptcy_notifications@ccsusa.com |  |
|  |  | Mar 05 2025 00:57:00  Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 14686560 | + Email/PDF: creditonebknotifications@resurgent.com |  |
|  |  | Mar 05 2025 01:41:32  Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14686561 | + Email/PDF: creditonebknotifications@resurgent.com |  |
|  |  | Mar 05 2025 01:41:06  Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14686562 | + Email/PDF: MerrickBKNotifications@Resurgent.com |  |
|  |  | Mar 05 2025 01:52:13  Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14686565 | + Email/Text: mrdiscen@discover.com |  |
|  |  | Mar 05 2025 00:57:00  Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 14686564 | + Email/Text: mrdiscen@discover.com |  |
|  |  | Mar 05 2025 00:57:00  Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14686568 | ^ MEBN |  |
|  |  | Mar 05 2025 00:27:54  Equiant Financial Svcs, Attn: Bankruptcy, 500 N Juniper Dr, Ste 100, Chandler, AZ 85226-2525 |
| 14686572 | + Email/Text: recoveryservicesgroup@fedchoice.org |  |
|  |  | Mar 05 2025 00:57:00  FedChoice Federal Credit Union, 10001 Willowdale Rd, Lanham, MD 20706-4321 |
| 14686571 | + Email/Text: recoveryservicesgroup@fedchoice.org |  |
|  |  | Mar 05 2025 00:57:00  FedChoice Federal Credit Union, Attn: Bankruptcy Dept., 10001 Willowdale Rd, Lanham, MD 20706-4321 |
| 14686574 | + Email/PDF: ais.fpc.ebn@aisinfo.com |  |
|  |  | Mar 05 2025 01:52:33  First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 14686573 | + Email/PDF: ais.fpc.ebn@aisinfo.com |  |
|  |  | Mar 05 2025 01:51:56  First PREMIER Bank, Attn: Bankruptcy, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 14686577 | + Email/PDF: cbp@omf.com |  |
|  |  | Mar 05 2025 02:49:06  Household Finance Co/OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 14686576 | + Email/PDF: cbp@omf.com |  |
|  |  | Mar 05 2025 02:15:16  Household Finance Co/OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14733931 | Email/Text: sbse.cio.bnc.mail@irs.gov |  |
|  |  | Mar 05 2025 00:57:00  IRS, 600 Arch Street, Room 5200, Philadelphia, PA 19106 |
| 14822958 | Email/Text: JCAP_BNC_Notices@jcap.com |  |
|  |  | Mar 05 2025 00:57:00  JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14698891 | Email/PDF: resurgentbknotifications@resurgent.com |  |
|  |  | Mar 05 2025 01:52:03  LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14696480 | Email/PDF: MerrickBKNotifications@Resurgent.com |  |
|  |  | Mar 05 2025 01:40:50  MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14945563 | Email/Text: EBN@Mohela.com |  |
|  |  | Mar 05 2025 00:57:00  US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 14686584 | + Email/Text: ext_ebn_inbox@navyfederal.org |  |
|  |  | Mar 05 2025 00:57:00  Navy FCU, 820 Follin Lane Se, Vienna, VA 22180-4907 |
| 14686583 | + Email/Text: ext_ebn_inbox@navyfederal.org |  |
|  |  | Mar 05 2025 00:57:00  Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14688083 | + Email/Text: ext_ebn_inbox@navyfederal.org |  |
|  |  | Mar 05 2025 00:57:00  Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14686585 | + Email/Text: bankruptcygroup@peco-energy.com |  |
|  |  | Mar 05 2025 00:57:00  PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14693889 | + Email/Text: bankruptcygroup@peco-energy.com |  |
|  |  | Mar 05 2025 00:57:00  PECO, 2301 Market Street, 04 NW, Philadelphia, |

PA 19103-1380

| | | | | |
|---|---|---|---|---|
| 14686588 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Mar 05 2025 02:03:38 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 14686587 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Mar 05 2025 01:52:11 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14686586 | + | Email/Text: bankruptcy1@pffcu.org | | |
| | | | Mar 05 2025 00:57:00 | Police and Fire Federal Credit Union, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14848500 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Mar 05 2025 00:57:00 | Scolopax, LLC, c/o Weinstein & Riley, PS, 1415 Western Avenue, Ste 700, Seattle, WA 98101-2051 |
| 14686590 | ^ | MEBN | | |
| | | | Mar 05 2025 00:27:49 | Seed/cross River Bank, 268 Bush St, San Francisco, CA 94104-3503 |
| 14686592 | + | Email/Text: bankruptcy@signetjewelers.com | | |
| | | | Mar 05 2025 00:57:00 | Sterling Jewelers, Inc., Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 14686593 | + | Email/Text: BKRMailOPS@weltman.com | | |
| | | | Mar 05 2025 00:57:00 | Sterling Jewelers, Inc., 375 Ghent Rd, Akron, OH 44333-4600 |
| 14687195 | ^ | MEBN | | |
| | | | Mar 05 2025 00:27:59 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14686904 | ^ | MEBN | | |
| | | | Mar 05 2025 00:27:59 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14686595 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | | |
| | | | Mar 05 2025 01:40:52 | T-Mobile, PO BOX 742596, Cincinnati, OH 45274-2596 |
| 14689854 | | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Mar 05 2025 01:52:31 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City OK 73124-8848 |
| 14689383 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Mar 05 2025 01:41:28 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14686596 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| | | | Mar 05 2025 00:57:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 14686597 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| | | | Mar 05 2025 00:57:00 | U.S. Bankcorp, Cb Disputes, Saint Louis, MO 63166 |
| 14693360 | ^ | MEBN | | |
| | | | Mar 05 2025 00:28:00 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14686601 | + | Email/Text: bnc-bluestem@quantum3group.com | | |
| | | | Mar 05 2025 00:57:00 | Webbank/Gettington, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14686602 | + | Email/Text: bnc-bluestem@quantum3group.com | | |
| | | | Mar 05 2025 00:57:00 | Webbank/Gettington, 13300 Pioneer Trail, Eden Prairie, MN 55347-4120 |
| 14786158 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | | |
| | | | Mar 05 2025 02:49:05 | Wells Fargo Bank, N.A-Wells Fargo Education, Financial Services, P.O. Box 564300, Charlotte, NC 28256-4300 |
| 14700184 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | | |
| | | | Mar 05 2025 02:59:31 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, 301 E. 58th Street N, Sioux Falls SD 57104-0422 |
| 14699919 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | | |
| | | | Mar 05 2025 02:49:09 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14686604 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | | |
| | | | Mar 05 2025 02:59:31 | Wells Fargo Educational Financial Servic, Po Box 84712, Sioux Falls, SD 57118-4712 |
| 14686603 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | | |
| | | | Mar 05 2025 02:59:31 | Wells Fargo Educational Financial Servic, Attn: |

District/off: 0313-2 | User: admin | Page 6 of 7
Date Rcvd: Mar 04, 2025 | Form ID: pdf900 | Total Noticed: 118

Bankruptcy, Po Box 5185, Sioux Falls, SD 57117

TOTAL: 102

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | * | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 14686580 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, PO Box 802501, Cincinnati, OH 45280 |
| 14686582 | * | IRS, PO BOX 7346, Philadelphia PA 19101-7346 |
| 14686581 | * | IRS, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 14733932 | * | IRS, PO BOX 7317, Philadelphia, PA 19101-7317 |
| 14688087 | *+ | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14686567 | ##+ | Enhanced Recovery Company, Po Box 57547, Jacksonville, FL 32241-7547 |
| 14686579 | ##+ | Innovate Loan Servicing, 2201 Dottie Lynn Parkway, Fort Worth, TX 76120-4432 |
| 14686578 | ##+ | Innovate Loan Servicing, Attn: Bankruptcy, 4704 Mercantile Dr, Fort Worth, TX 76137-3605 |

TOTAL: 0 Undeliverable, 8 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor CU MEMBERS MORTGAGE  A DIVISION OF COLONIAL SAVINGS, F.A. bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor COLONIAL SAVINGS  F.A. bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Consumer Portfolio Services  Inc. kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| LORRAINE GAZZARA DOYLE | on behalf of Creditor CU MEMBERS MORTGAGE  A DIVISION OF COLONIAL SAVINGS, F.A. ldoyle@squirelaw.com, cistewart@logs.com;LOGSECF@logs.com |
| MICHAEL JOHN CLARK | |

on behalf of Creditor CU MEMBERS MORTGAGE  A DIVISION OF COLONIAL SAVINGS, F.A. mclark@pincuslaw.com

MICHELLE LEE

on behalf of Debtor Kevin Wrighten bky@dilworthlaw.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                          Chapter 13
        KEVIN WRIGHTEN
                                                Bankruptcy No. 22-11064-PMM

                        Debtor

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: March 4, 2025**

_Patricia M. Mayer_

Honorable Patricia M. Mayer
Bankruptcy Judge