**Fill in this information to identify the case:**

**Debtor 1**  Kevin Wrighten

**Debtor 2**  _____
(Spouse, if filing)

**United States Bankruptcy Court for the:** Eastern District of Pennsylvania
(State)

**Case number** 22-11064-pmm

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See bankruptcy rule 3002.1

**Name of creditor:** CU Members Mortgage, a Division of Colonial Savings, F.A.

**Court claim no.** (if known): 18

**Last four digits** of any number you use to identify the debtor's account: 9744

**Date of payment change:** 05/01/2023
Must be at least 21 days after date of this notice

**New total payment:** $1,402.17
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No
☒ Yes

Attach a copy of the escrow account statement prepared in a form consistent with applicable non-bankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment:** $421.48    **New escrow payment:** $1,074.04

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☒ No
☐ Yes

Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why: _____

**Current Interest Rate:** _____%    **New interest rate:** _____%

**Current principal and interest payment:** $    **New principal and interest payment:** $

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes

Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect)

Reason for change: _____

**Current mortgage payment:** $$_____    **New mortgage payment:** $_____

| Debtor 1 | Kevin Wrighten | | | Case Number *(if known)* | 22-11064-pmm |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*
☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/ Michael Clark                             Date 03/30/2023
Signature

Print:     Michael Clark          Bar No.: 202929          Title    Bankruptcy Attorney
           First name    Middle Name    Last name

Company    RICHARD M. SQUIRE & ASSOCIATES, LLC

Address    115 West Avenue, Suite 104,
           Number          Street

           Jenkintown, PA 19046
           City      State    Zip Code

Contact phone    (215) 886-8790    Email: mclark@squirelaw.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:   Kevin Wrighten | Chapter: 13 |
| | Bankruptcy No.: 22-11064-pmm |
| Debtor | 11 U.S.C. § 362 |

CU Members Mortgage, a Division of Colonial Savings, F.A.

Movant

vs.

Kevin Wrighten

Debtor

and

KENNETH E. WEST

Trustee

RESPONDENTS

**CERTIFICATE OF SERVICE**

    I hereby certify that I am over 18 years of age; and that service upon all interested parties, indicated below, was made by sending true and correct copies of the Notice of Mortgage Payment Change electronically and/or via First Class Mail, postage prepaid.

Date Served:   03/30/2023

KENNETH E. WEST
Chapter 13 Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee
Office of the U.S. Trustee
900 Market Street
Suite 320
Philadelphia, PA 19107

Kevin Wrighten
3915 Gideon Road
Brookhaven, PA 19015

GEORGETTE MILLER
170 S. Independence Mall W
The Curtis Center, Suite 400
Philadelphia, PA 19106

      I hereby certify the foregoing to be true and correct under penalty of perjury.

      Respectfully submitted,

      /s/ Michael Clark
Richard M. Squire, Esq.
M. Troy Freedman, Esq.
Michael J. Clark, Esq.
One Jenkintown Station, Suite 104
115 West Avenue Jenkintown, PA 19046
215-886-8790
215-886-8791 (FAX)
rsquire@squirelaw.com
tfreedman@squirelaw.com
mclark@squirelaw.com